AO 91 (Rev 5/85) Criminal Complaint

# United States District Court

**Northern** DISTRICT OF **New York**

U. S. DISTRICT COURT
N.D. OF N.Y.
FILED
APR 5 - 1996
GEORGE A. RAY, Clerk
UTICA

UNITED STATES OF AMERICA

v.

## CRIMINAL COMPLAINT

Name: **Victor N. SAVGIR**
Address: **123 PORTERS POINT ROAD**
**COLCHESTER, VERMONT 05446**
Birthdate: **2/5/44**
(Name and Address of Defendant)

CASE NUMBER: 96-MG-156

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **March 26, 1996** in **Clinton** county, in the **Northern** District of **New York** defendant(s) did, (Track Statutory Language of Offense)

knowing that the following named alien, Alexandre LEVANTOVSKI, had come to, entered and remained in the United States in violation of law, and transported such alien within the United States by means of transportation, to wit: an automobile, in furtherance of such violation,

In violation of Title **8** United States Code, Section(s) **1324 (a)(1)(A)(ii)**.

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: that the defendant, accompanied by Vasily KARPOV, approached the POE Rouses Point, N.Y. in a 1995 Honda bearing VT lic BFN 966, and were directed in for inspection. That the alien, Alexandre LEVANTOVSKI, was encountered at the same time attempting to walk around the open Port of Entry. Statement of the alien LEVANTOVSKI that he had entered the United States through the POE Champlain, N.Y. concealed in the sleeper compartment of a tractor trailer, that he phoned defendant KARPOV at his residence in Vermont from the Beekmantown rest area on I-87, and that defendant SAVGIR was transporting him to Colchester VT where he intended to work and reside. Statement of defendant SAVGIR that he picked up LEVANTOVSKI at the rest area, and they were enroute to Colchester, VT.

Continued on the attached sheet and made a part hereof:  [ ] Yes

Signature of Complainant
Curtis S. Hemmila

U. S. DISTRICT COURT
N.D. OF N.Y.
FILED
MAR 26 1996
GEORGE A. RAY, Clerk
UTICA

Sworn to before me and subscribed in my presence.

**March 26, 1996** at **Rouses Point, New York**
Date — City and State

**Henry Van Acker, Jr., U.S. Magistrate Judge**
Name & Title of Judicial Officer

Signature of Judicial Officer