AO 88A (Rev. 4/91) Consent to Proceed—Misdemeanor

# United States District Court

__Northern__ DISTRICT OF __New York__

U. S. DISTRICT COURT
N.D. OF N.Y.
FILED
APR 5 – 1996
GEORGE A. RAY, Clerk
UTICA

UNITED STATES OF AMERICA
V.

__Victor N. SAVGIR__

CONSENT TO PROCEED BEFORE
UNITED STATES MAGISTRATE JUDGE
IN A MISDEMEANOR CASE

CASE NUMBER: __96-MG-156__

The United States magistrate judge has explained to me the nature of the offense(s) with which I am charged and the maximum possible penalties which might be imposed if I am found guilty. The magistrate judge has informed me of my right to the assistance of legal counsel. The magistrate judge has informed me of my right to trial, judgment, and sentencing before a United States district judge or a United States magistrate judge.

**I HEREBY: Waive (give up) my right to trial, judgment, and sentencing before a United States district judge, and I consent to trial, judgment and sentencing before a United States magistrate judge.** Waive (give up) my right to a lawyer.

X __/s/ Savgir__, Defendant

---

## WAIVER OF RIGHT TO TRIAL BY JURY

The magistrate judge has advised me of my right to trial by jury.

**I HEREBY: Waive (give up) my right to trial by jury.** X __/s/ Savgir__ Defendant

Consented to by United States _____
Signature

_____
Name and Title

U. S. DISTRICT COURT
N.D. OF N.Y.
FILED
MAR 26 1996
GEORGE A. RAY, Clerk
UTICA

## WAIVER OF RIGHT TO HAVE THIRTY DAYS TO PREPARE FOR TRIAL

The magistrate judge has also advised me of my right to have at least thirty days to prepare for trial before the magistrate judge.

**I HEREBY: Waive (give up) my right to have at least thirty days to prepare for trial.**

X __/s/ Savgir__, Defendant

_____
Defendant's Attorney (if any)

Approved By: __/s/ Hey Van Eel__
U.S. Magistrate Judge

March 26, 1996
Date